United States District Court
District of Massachusetts     Date 2-15-05

FILED
05-10376 RCL
Referred to MJ JGD
U.S. DISTRICT COURT
DISTRICT OF MASS

I was in Union Station in Washington DC on 2-17-002 I was waiting for a train at first two security people came over they were white and asked me for my ticket and I showed them to them them when I knew the train was coming in I moved closer to the track I was resting when two Black Amtrack police came up to me they asked me to see my ticket I told them I just showed them to the two officer if you want to see them then I will show them to you I took the tickets out he wanted the tickets to hold them I said no I would hold them up he then went to grab the tickets from me I would not let them go so he started beating me he beat me on the left arm and breast I went to the hospital

Thank you for coming to the Emergency Department at Howard University Hospital. Your medical evaluation was performed on an emergency basis and is not intended to substitute for complete medical care from your personal physician. It is important that you contact or see your doctor as instructed. If necessary, return to the Emergency Department if your condition worsens. The interpretation of laboratory data, x-rays is preliminary. If there is a change in the final report, you will be notified. Please take all medication as prescribed and follow all instructions given to you. We care about you and your health.

| | |
|---|---|
| **Diagnosis:** Reported Assault, normal lung exam | **Medications:** None |
| **Discharge Status:** Stable | |
| **Activity:** ( ) No Restrictions  ( ) Restrictions | ☐ While taking this medication, do not perform potentially hazardous tasks i.e. driving a car, operating machinery etc. |
| **Diet:** ( ) No Restrictions  ( ) Restrictions | **FRACTURES / SPRAINS / SEVERE BRUISES**<br>☐ Keep injured area elevated and at rest.<br>☐ Keep a cool compress on the injury for about 20 minutes 3 times a day.<br>☐ If a cast, splint or ace wrap is applied, check fingers and/or toes for paleness, numbness, swelling, coldness or pain.<br>☐ You may loosen the ace wrap.<br>☐ Remove all rings from fingers of injured arm |
| **RESULTS:** | |
| **HEAD INJURY**<br>☐ Consult your doctor or return immediately to the Emergency Department if you experience any of the following: Nausea or vomiting, confusion, unusual sleepiness, difficulty with speech or vision, weakness or numbness of arms or legs, increase in headache.<br>☐ Do not take sedatives, tranquilizers or narcotics unless prescribed. | **SUSPECTED SEXUALLY TRANSMITTED DISEASE**<br>☐ Encourage all sexual contacts to be examined by a physician.<br>☐ Do not have sexual contact until after your follow-up appointment.<br>☐ Follow up with your doctor/clinic for HIV screening<br>☐ If you have any of the following symptoms, see your doctor or return to the Emergency Department, fever, severe abdominal pain, rash, joint pain. |
| **NECK / BACK INJURY**<br>☐ You have injured the muscles and/or soft tissues.<br>☐ You should rest as much as possible.<br>☐ Apply heat to area 3-4 times a day (warm compresses, heating pad, hot water bottle)<br>☐ Avoid heavy lifting or pulling. See your doctor or return to the Emergency Department immediately if you have worsening of pain, numbness or weakness in arms or legs, or loss of bowel or bladder control. | **LACERATIONS, WOUNDS, BURNS:**<br>☐ Keep injured part of your body elevated and at rest.<br>☐ Keep the wound clean and dry<br>☐ If a dressing is placed on the wound, do not remove unless told to do so by the doctor.<br>☐ If the dressing becomes soiled, change the dressing.<br>☐ Your sutures should be removed in _____ days.<br>☐ If excessive pain, swelling, bleeding, pus from the wound, or fever develop, return to the Emergency Department. |
| **ABDOMINAL PAIN / VOMITING / DIARRHEA**<br>☐ Drink plenty of clear fluids<br>Return to the Emergency Department or see your doctor immediately for the following.<br>☐ Pain which does not improve or worsens<br>☐ Persistent vomiting and/or diarrhea<br>☐ Blood or black bowel movements.<br>☐ Abdomen becomes bloated.<br>☐ Fever or chills | **Additional Instructions:** Return to your nearest emergency room if you develop shortness of breath or chest pain. |
| **Any Primary Care Physician:**<br>**Phone #:**<br>☐ I consent to having my emergency record faxed to my primary care physician.<br>☐ I do not consent to having my emergency record faxed to my primary care physician.<br>**Patient Signature:** | **Follow Up Instructions:**<br>( ) See your Doctor: Follow up at one of<br>( ) Referral: the free clinics listed or Howard Family Practice<br>( ) Other: 202-865-3250 |

I have received and understand my discharge instructions.

Kadiak Pepe MD — Physician Signature

Signature of Patient or Responsible Party: [signature] DeRosa

Nurse Signature: [signature]    Date: 2/20/02

WHITE COPY: MEDICAL RECORDS   YELLOW COPY: PATIENT   PINK COPY: ATTENDING PHYSICIAN / CLINIC

Patient Identification:
962641
ECA  2
       F
21391859
AGE

DEROSA, ROSALE
962641
ECA  2
       F
21391859
AGE 66

**HUH — HOWARD UNIVERSITY HOSPITAL**
EMERGENCY DEPARTMENT    HUH
DISCHARGE INSTRUCTIONS    000
Rev 1/00

```
SELECTED DETAIL DATA                         SVC FAC:  H0NH      06/06/02  0803

PT NO:     21391859  DEROSA ,ROSALE       MR NO: 962641      ACCT TYPE: O
REG: 02/20/02  DSCH:          FC: Y  PT: X  EXP IND:    ACCT BAL:      .00
-------------------------------------------------------------- PAGE NO:    1
    ACCT BAL              M02  V                                    PT BAL
         .00                   .00                                      .00

  SVC     POST    SVC CD   INS CD-DESCRIPTION/COMMENT-REF DATE       AMOUNT
 022002  022102  1570944   15     DARVOCET-N 100                       7.50
 022002  022102  1617612   16     OXISENSOR, ADT                        .00
 022002  022102  4230025   42     ER VISIT LEVEL 2                   175.00
 022002  022102  4230298   42     PULSE OX, SINGLE                    38.75




 --------------------------------------------------------------------------
  ! (PF14) SELECT ANOTHER PT        ! (PF3) SELECT DTL    ! (PF11) ACCT CASH
  ! (PF15) RETURN TO PT OVERVIEW    ! (PF10) ACCT CMNTS    PF16 D/E ____

PAQDTL01
```

HOWARD UNIVERSITY HOSPITAL  
PATIENT ACCOUNTS  
2112 GEORGIA AVE., NW  
WASHINGTON, DC 20060

```
DETAIL SUMMARY                           SVC FAC:  H0NH        06/06/02   0803

PT NO:     21391859  DEROSA ,ROSALE            MR NO: 962641       ACCT TYPE: O
REG: 02/20/02  DSCH:        FC: Y  PT: X  EXP IND:   ACCT BAL:           .00
-----------------------------------------------------------------PAGE NO:    1
 TOTAL CHARGES:       221.25                    NURSE STA/ROOM:      /
   ACCT BAL           M02   V
        .00            .00                                          PT BAL
                                                                        .00
     LINE    DEPARTMENT              TOTAL AMT         INS BAL       PT BAL
 !    1      PAYMENTS                   -48.78          -48.78         0.00
 !    2      ADJUSTMENTS               -172.47         -172.47         0.00
 !    3      PHARMACY                     7.50            7.50         0.00
 !    4      EMERGENCY CARE             213.75          213.75         0.00




 -----------------------------------------------------------------------------
 ! (PF14) SELECT ANOTHER PT                  KEY IN LINE NO __ AND PRESS ENTER
 ! (PF15) RETURN TO PT OVERVIEW                         PF16 D/E   ____

PAQCHS01
```

HOWARD UNIVERSITY HOSPITAL
PATIENT ACCOUNTS
2112 GEORGIA AVE., NW
WASHINGTON, DC 20060

# ITAS NORWOOD HOSPITAL

## EMERGENCY DEPARTMENT

## DISCHARGE INSTRUCTIONS

DEROSA, ROSALIE                              F
PO BOX 684                    WESTWOOD, MA 02090
00000000        AGE:            DOB:
PHYSICIAN: Quick, Gregory L MD
ACCT: NW0006035851        REL: CATHOLIC
MR#: NW06500056                02/22/02

**NOTE: DURING THIS VISIT WE HAVE ATTEMPTED TO PROVIDE EMERGENCY EXAMINATION AND TREATMENT ONLY. FOR CONTINUING PROBLEMS IT IS IMPORTANT THAT YOU BE IN THE CARE OF A REGULAR PHYSICIAN WHERE YOUR HEALTH NEEDS CAN BEST BE MET. FOR THIS ACUTE PROBLEM, PLEASE FOLLOW THE INSTRUCTIONS AS LISTED BELOW. IF YOU HAVE ANY QUESTIONS, PLEASE ASK YOUR DOCTOR OR NURSE.**

Your Preliminary Diagnosis is _Contusion - (?) Sprain of ankle (?) corn_

Please review the instruction sheet you have been given for:
- ☐ Wound Care
- ☐ Head Injury
- ☐ Strains / Sprains
- ☐ Ear Infections
- ☐ Sore Throat
- ☐ Abdominal Pain
- ☐ Back Pain
- ☐ UTI
- ☐ Chest Pains
- ☐ Vomiting / Diarrhea
- ☐ Viral Infection
- ☐ Shortness of Breath

ADDITIONAL INSTRUCTIONS: _____

Your X-Rays/EKG has had a preliminary reading by your ER physician. They will also be reviewed by the Radiologist and/or the Cardiologist. If there is a difference between the readings affecting your care, the ER will be attempting to contact you at the address above. If you want the final report or the results of any pending Lab tests, Please contact your Primary Physician.

- ☑ Return to the Emergency Room if your condition worsens or problems develop. _Studio or Break_
- ☐ Use the splint/sling until the pain is better, recheck in ER or with own MD if pain worsens or lasts longer than 7 days.
- ☐ You have an appointment to see Dr. _____ on ____ at ____ AM/PM in ☐ their office ☐ in the ER.
- ☐ Call your ☐ Primary MD or Dr. _KMP_ for an appointment as soon as possible. You may need a referral from your primary MD to see another doctor, check your insurance.
- ☐ Return to the Emergency Room ☐ Tomorrow; ☐ in Two days; or ____
- ☐ You have been given Prescriptions for;

  _Asim_ take _1_ times a day for _10_ Days; ☑ Take until finished ☐ Take until better.

  _Scum IC_ take _1_ times a day for _3_ Days; ☑ Take until finished ☐ Take until better.

  ____ take ____ times a day for ____ Days; ☐ Take until finished ☐ Take until better.

- ☐ Continue your present Medications
- ☐ Change your present Medications:
- ☐ You have been instructed as follows:  ☐ No work/gym for ____ Days;

  ☐ Light work for ____ Days;

  ☐ No lifting or ____ No lifting more than ____ 5 lbs. ____ 10 lbs. ____ 20 lbs.

  ☐ Limited use or ____ No use of ____ Rt. ____ Lt. ____ Hand ____ Foot

- ☐ Use Splint/Sling/Neck Collar for ____ Days ____ until pain is better ____ until rechecked by your MD.
- ☐ Sutures out in ____ Days with your own MD or return to the Emergency Department.

_____                    _Rosalie DeRosa_
MD or RN Signature

I HAVE RECEIVED AND UNDERSTAND MY DISCHARGE INSTRUCTIONS _____
                                                                Patient Signature
                                                                                FOR
PHYSICIAN BILLING

| Caritas Norwood Hospital<br>Caritas Christi Health Care System<br>800 Washington Street<br>Norwood, MA 02062<br>(781) 769-4000 | Name: DEROSA,ROSALIE | MR #: NW06500056 |
|---|---|---|
| | | Acct #: NW0006035851 |
| | Address: PO BOX 684<br>City/State/Zip: WESTWOOD,MA 02090 | Report #: 0224-0071 |
| | Age: 66  Sex: F | Date of Birth: |
| | Attending Dr: | Location: ED.NW<br>Room:    Bed: |
| | Date of service: 02/22/02 | |
| | Admit date: | Discharge date: 02/22/02 |

CHIEF COMPLAINT: Left breast soreness

HISTORY OF PRESENT ILLNESS: 66 year old female comes to the Emergency Room complaining of left breast pain and reporting that she was handled roughly by a security police person at Union Station in Washington D.C. on the 17th of this month. She reports that one of the security guards apparently tried to grab her tickets out of her pocket and in doing so, sustained a trauma to her left breast in an area that was recently biopsied by Dr. Reid. There has been persistent pain since. When asked what prompted her to visit the Emergency Department at this time in the morning, patient states she had just arrived back from Washington and came straight to the hospital.

PAST MEDICAL HISTORY: Arthritis and spinal problems for which she takes Voltaren and Darvocet and a history of cancer of the breast. Patient denies any significant past history of heart disease.

CURRENT MEDICATIONS: Voltaren, extra strength Tylenol and Darvocet

ALLERGIES: Keflex, Penicillin, Erythromycin, Rocephin, Sulfa, Aspirin

REVIEW OF SYSTEMS: Patient also reports a vague nausea and lower leg swelling for the past week along with indigestion. She states she has never had lower leg swelling before this time, but this was not what prompted her visit to the Emergency Department, rather it was the pain in her left breast. Patient also asked for a refill of Voltaren. She states that her digestion is similar to what she's experienced in the past and not related to exertion. She denies any shortness of breath, any actual abdominal pain. There is no cough, no fevers, no urinary tract symptoms.

PHYSICAL EXAM: Reveals arrival vital signs of blood pressure 147/65 with respirations 18, pulse 68, temperature 97.2 with a pulse oximetry of 98%. Exam revealed throat clear, voice and breathing normal, neck supple with no lymphadenopathy and no JVD. Heart had regular rhythm without gallop. Lungs are clear to auscultation. There is no abdominal tenderness to palpation and abdomen is soft. No pulsations were detected. There is warm, erythematous edema bilaterally and symmetrically in both legs. There is no calf tenderness and there is adequate circulation in both legs. Examination of the patient's chief concern revealed a healed scar along the lateral portion of the areola of the left nipple with bruising lateral to that. There is some thickening underneath this and the area is tender to palpation. Patient states that the bruising was not there before she was rough handled by the security guard, nor was the tenderness. The area is not hot nor red.

INVESTIGATIONS: Electrocardiogram showed sinus bradycardia with intraventricular conduction defect and left ventricular hypertrophy. Chest x-ray showed cardiomegaly only. There are no signs of failure. CBC and Chem Profile were completely normal.

DISCHARGE DIAGNOSE:     Contusion of the Left Breast
                        Bilateral Ankle Edema

**EMERGENCY ROOM NOTE**
*Considered Preliminary Until Signed*

Report Status: **Signed**

## Caritas Norwood Hospital
Caritas Christi Health Care System
800 Washington Street
Norwood, MA 02062

| Name: DEROSA,ROSALIE | Medical Record #: NW06500056 |
|---|---|
| Address: PO BOX 684 | Account #: NW0006035851 |
| City/State/Zip: WESTWOOD,MA 02090 | Requisition#: 02-0014159 |
| Home Phone #: 00000000 | Location: ED.NWRoom/Bed: |
| Date of Birth:         Age:         Sex: F | |
| Ordering Dr: Gregory L Quick MD | Insurance: |

**Reason for Exam: CHEST PAIN**

Date of Exam: 02/22/02
Orders: CHEST SINGLE VIEW -     CPT4 Code: 71010
PRELIMINARY READING:   Negative.

HISTORY:  Chest Pain.

CHEST:  Single frontal radiograph reviewed without comparison study demonstrates diminished lung volumes and streaky opacities in the right lung base, consistent with atelectasis. There is no definite evidence of CHF, pneumonia or effusion. The heart size is within normal limits given the projection. There is no evidence of a rib fracture, pneumothorax or mediastinal widening.

IMPRESSION:

RIGHT BASILAR ATELECTASIS, NO ACUTE CARDIOPULMONARY PROCESS.

_____<<Signature on File>>_____
Dictated by: Hiren Patel MD
Signed by: Hiren Patel, MD

Report Number: 0222-0073
Tech: CNHPJS02
D: 02/22/02    T: 02/22/02 1103   P/S: 02/22/02 1521  CNT   LSU:

**RADIOLOGY   Report**

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** Rosalie DeRosa

**DEFENDANTS** Suffolk Downs/Racetrack Police, Officer Hadden, Officer Brown

2005 FEB 15 P 3:39
U.S. DISTRICT COURT
DISTRICT OF MASS

05-10376

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)

---

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23    DEMAND $ 10,000,000    CHECK YES only if demanded in complaint: JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Rosalie DeRosa

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY)

   Amtrack Police Department Officer Statler VS

   FILED
   2005 FEB 15 P 3:39
   U.S. DISTRICT COURT
   MASS

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   ___  I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ✓   II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,  *Also complete AO 120 or AO 121
             740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.   for patent, trademark or copyright cases

   ___  III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.

   ___  IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.

   ___  V.   150, 152, 153.

   05-10376 RCL

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

   _____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?
                                                                    YES          NO

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST?   (SEE 28 USC §2403)
                                                                    YES          NO

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
                                                                    YES          NO

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?
                                                                    YES          NO

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).
                                                                    YES          NO

   A.  IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

       EASTERN DIVISION        CENTRAL DIVISION        WESTERN DIVISION

   B.  IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

       EASTERN DIVISION        CENTRAL DIVISION        WESTERN DIVISION

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  Rosalie DeRosa + Frances DeRosa
ADDRESS  PO Box 684 Westwood, Ma 02090
TELEPHONE NO. _____

(Cover sheet local.wpd - 11/27/00)