UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROSALIE DEROSA,
        Plaintiff,

v.                           Civil Action No. 05-10376-RCL

AMTRAK POLICE DEPARTMENT
OFFICER HADDEN, AND OFFICER
BROWN,
        Defendants

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒     GRANTED.

☒     The Clerk shall not issue summonses at this time pending further review of this case.

SO ORDERED.

June 4, 2005                         /s/ Reginald C. Lindsay
DATE                                REGINALD C. LINDSAY
                                     UNITED STATES DISTRICT JUDGE