```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

ROSALIE DEROSA,
               Plaintiff,

     v.                          Civil Action No. 05-10376-RCL

AMTRAK POLICE DEPARTMENT
OFFICER HADDEN, AND OFFICER
BROWN,
               Defendants

### MEMORANDUM AND ORDER FOR DISMISSAL

LINDSAY, D.J.

    On October 4, 2005, this Court issued a Memorandum and Order (#4) directing the Plaintiff to show cause within thirty-five days why this action should not be dismissed for the reasons stated therein. To date, no written response has been filed.[1]

    Accordingly, for the reasons set forth in the Memorandum and Order dated October 4, 2005 (#4), and for Plaintiff's failure to comply with the Memorandum and Order to show cause as directed, it is ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety.

                                             /s/ Reginald C. Lindsay
                                             REGINALD C. LINDSAY
DATED: November 21, 2005       UNITED STATES DISTRICT JUDGE

---

[1] On November 9, 2005, Plaintiff called the clerk to inquire into the status of this case, and copies of the October 4, 2005 Memorandum and Order were mailed to her by the clerk at the address requested.