```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

ROSALIE DEROSA,
              Plaintiff,

     v.                       Civil Action No. 05-10376-RCL

AMTRAK POLICE DEPARTMENT
OFFICER HADDEN, AND OFFICER
BROWN,
              Defendants

<u>ORDER FOR DISMISSAL</u>

LINDSAY, D.J.

     In accordance with the Memorandum and Order for Dismissal (#5) directing this action be dismissed for the reasons stated therein, it is hereby ORDERED that the above-entitled action is DISMISSED in its entirety.

                                          By the Court,

                                          <u>/s/ Lisa Hourihan</u>
                                          Deputy Clerk

DATED: November 22, 2005